IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

PAUL ZONDO,

               Plaintiff,               CV-17-93-H-BMM-JTJ

-vs-

MONTANA STATE PRISON and         **ORDER**
MONTANA DEPARTMENT OF
CORRECTIONS,

               Defendants.

Plaintiffs filed this action on September 15, 2017. To date, Plaintiff has failed to provide the Court with a return of service on the Defendants. Pursuant to Fed. R. Civ. P. 4(m), which states:

> If a defendant is not served within 120 days after the complaint is filed, the court — on motion or on its own after notice to the plaintiff — must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision (m) does not apply to service in a foreign country under Rule 4(f), 4(h)(2) or 4(j)(1).

**IT IS HEREBY ORDERED** that on or before **April 20, 2018**, Plaintiff shall file with the Court proof of service of summons and complaint on the

Defendants or show cause why this cause should not be dismissed, without prejudice.

DATED this 3rd day of April, 2018.

_Brian Morris_
Brian Morris
United States District Court Judge