# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### HELENA DIVISION

| | |
|---|---|
| PAUL ZONDO, | CV 17-93-H-BMM-JTJ |
| Plaintiff, | |
| vs. | ORDER |
| MONTANA STATE PRISON, MONTANA DEPARTMENT OF CORRECTIONS, | |
| Defendants. | |

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Appear by Telephone at the November 7, 2018 Preliminary Pretrial Conference is, Doc. 18, is GRANTED. BOTH PARTIES will appear at the Preliminary Pretrial Conference on November 7, 2018 by TELEPHONE. The Court will contact the parties with the call-in number.

Dated this 29th day of October, 2018.


John Johnston
United States Magistrate Judge