FILED
2/5/2019
Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| PAUL ZONDO,<br><br>   Plaintiff,<br><br>vs.<br><br>STATE OF MONTANA,<br><br>   Defendant. | CV 17-93-H-BMM-JTJ<br><br><br>**ORDER** |

The Court conducted a telephonic status conference in this case on February 4, 2019, to resolve a pending discovery dispute and to address Defendant's unopposed motion to extend the discovery deadlines. Plaintiff Paul Zondo appeared *pro se*. Defendant was represented by Katherine J. Orr, Esq. and Aislinn W. Shaul-Jensen, Esq.

IT IS HEREBY ORDERED:

1. Plaintiff shall provide full and complete responses to all of Defendant's discovery requests on or before February 28, 2019.

2. Defendant's unopposed Motion to Extend Discovery Deadlines (Doc. 33) is GRANTED. The parties shall submit a joint discovery plan on or before February 15, 2019, that includes proposed deadlines for the disclosure of liability experts, damages experts, and the completion of discovery.

DATED this 5th day of February, 2019.

_____
John Johnston
United States Magistrate Judge