FILED
2/27/2019
Clerk, U.S. District Court
District of Montana
Helena Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| PAUL ZONDO,<br><br>  Plaintiff,<br><br>vs.<br><br>STATE OF MONTANA,<br><br>  Defendant. | CV 17-93-H-BMM-JTJ<br><br>**ORDER** |

Defendant filed a motion on January 18, 2019, requesting that the Court issue an order prohibiting Plaintiff from presenting any expert testimony at trial. Defendant argued that such an order was appropriate because Plaintiff's expert disclosure deadline had passed and Plaintiff had not disclosed any expert witnesses.

Plaintiff informed the Court on February 15, 2019, that he "does not intend [present] any liability or damages experts" at trial. (Doc. 36 at 2).

Accordingly, IT IS ORDERED:

1. Defendant's unopposed Motion in Limine to Exclude Expert

Testimony (Doc. 29) is GRANTED.

2. The motion hearing set for March 27, 2019, is VACATED.

DATED this 27th day c

*John Johnston*
United States Magistrate Judge