UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| PAUL ZONDO<br><br>                Plaintiff,<br><br>     v.<br><br>MONTANA STATE PRISON and MONTANA DEPARTMENT OF CORRECTIONS<br><br>            Defendants. | Case No. CV 17-93-H-BMM-JTJ<br><br>**ORDER** |

Defendant the State of Montana's filed an Unopposed Motion to Vacate

Remaining Deadlines (Doc. 47). Good cause being shown,

IT IS ORDERED:

The remaining deadlines in this case are hereby VACATED.

DATED this 22nd day of April, 2019.

_____
John Johnston
United States Magistrate Judge