# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| PAUL ZONDO<br><br>Plaintiff,<br><br>v.<br><br>MONTANA STATE PRISON and MONTANA DEPARTMENT OF CORRECTIONS<br><br>Defendants. | Case No. CV 17-93-H-BMM-JTJ<br><br>**ORDER** |

Defendant the State of Montana's filed Motion for Leave to File Under Seal requesting the Court seal Docs. 43 and 44. (Doc. 41.) Good cause being shown,

IT IS ORDERED:

The State's Motion for Leave to File Documents under Seal (Doc. 41) is GRANTED. The Clerk of Court is directed to seal Docs. 43 and 44.

DATED this 23rd day of April, 2019.

John Johnston
United States Magistrate Judge