FILED

JUN 0 6 2019

Clerk, U.S District Court
District Of Montana
Great Falls

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| PAUL ZONDO, | CV 17-93-H-BMM-JTJ |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| STATE OF MONTANA, | |
| Defendant. | |

The Court referred this matter to United States Magistrate Judge Timothy C. Cavan for a settlement conference on May 1, 2019. (Doc. 56). Judge Cavan has set a settlement conference for July 9, 2019, at the Paul G. Hatfield Federal Courthouse in Helena, Montana. (Doc. 59).

Presently before the Court is Defendant's motion to vacate the settlement conference. Defendant argues that the settlement conference should be vacated because it does not anticipate that a mediation will lead to a "successful resolution of this case." (Doc. 61 at 1). Plaintiff opposes the motion.

The Court believes that a settlement conference with Judge Cavan could result in the successful resolution of this case.

Accordingly, IT IS ORDERED:

Defendant's Motion to Vacate Settlement Conference (Doc. 60) is DENIED.

DATED this 6th day of June, 2019.

/s/ John Johnston
John Johnston
United States Magistrate Judge