IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| PAUL ZONDO, | CV-17-93-H-BMM |
| Plaintiff, | **ORDER** |
| -vs- | |
| STATE OF MONTANA, | |
| Defendant. | |

The Court has been informed that this case has settled at a settlement held on July 9, 2019. Accordingly, **IT IS HEREBY ORDERED** that all deadlines in the case are **VACATED** and all motions terminated. The parties shall file a stipulation for dismissal and submit to the undersigned a proposed order of dismissal on or before **August 30, 2019**, or show good cause for their failure to do so.

DATED this 15ᵗʰ day of July, 2019.

Brian Morris
United States District Court Judge