UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| PAUL ZONDO<br><br>        Plaintiff,<br><br>    v.<br><br>MONTANA STATE PRISON and<br>MONTANA DEPARTMENT OF<br>CORRECTIONS<br><br>        Defendants. | Case No. CV 17-93-H-BMM-JTJ<br><br>**ORDER** |

Defendant the State of Montana filed a Motion for Leave to File Under Seal

requesting the Court seal the State's response to Plaintiff Paul Zondo's motion to

rescind, the State's motion to enforce the parties' agreement, and supporting

documents. (Doc. 69.) Good cause being shown,

IT IS ORDERED:

The State's Motion for Leave to File Under Seal (Doc. 69) is GRANTED.

The Clerk of Court is directed to seal the State's response to Plaintiff Paul Zondo's

motion to rescind, the State's motion to enforce the parties' agreement, and

supporting documents.

DATED this  29th day of July, 2019.

 

 

John Johnston
United States Magistrate Judge