# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA HELENA DIVISION

| | |
|---|---|
| PAUL ZONDO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STATE OF MONTANA,<br><br>　　　　Defendant. | CV-17-93-BMM-JTJ<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR CLARIFICATION** |

There are two dueling motions pending before the Court. Plaintiff Paul Zondo (Zondo) filed a motion to rescind the settlement agreement between Zondo and Defendant State of Montana (Montana). (Doc. 68.) Zondo failed to file a brief in support of his motion in violation of Local Rule 7.1(d)(1)(A). Montana filed a motion to enforce the settlement between the two parties. (Doc. 71.) Zondo did not file a response brief. "[F]ailure to file a response brief may be deemed an admission that the motion is well-taken." Local Rule 7.1(d)(1)(B)(ii). This Court will grant Montana's motion to enforce the settlement. Zondo's motion to rescind the settlement is denied.

1

# ORDER

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Rescind the Settlement Agreement (Doc. 68) is **DENIED**. Defendant's Motion to Enforce the Settlement Agreement (Doc. 71) is **GRANTED**.

DATED this 24th day of September, 2019.

Brian Morris
United States District Court Judge