UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| PAUL ZONDO, | Case No. CV 17-93-H-BMM-JTJ |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| STATE OF MONTANA, | |
| Defendant. | |

Upon the parties' Joint Stipulation for Dismissal (Doc. 77),

IT IS ORDERED: The joint stipulation is GRANTED. This matter is DISMISSED.

The Clerk of Court is directed to close this matter and enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DATED this 22nd day of October, 2019.

Brian Morris
United States District Court Judge

1