UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| PAUL ZONDO,<br><br>                  Plaintiff,<br><br>vs.<br><br>STATE OF MONTANA,<br><br>                  Defendant. | Case No. CV-17-093-H-BMM-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X    Order by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED the joint stipulation is GRANTED. This matter is DISMISSED.

      Dated this 22nd day of October, 2019.

                            TYLER P. GILMAN, CLERK

                            By: /s/ Julie Hollenbeck
                            Julie Hollenbeck, Deputy Clerk